ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: July 16, 2010
START: 11:00 a.m.
END: 11:30 a.m.

DOCKET NO: 09-CV-4601 (RJD)

CASE: Velazquez v. Cohen & Slamowitz, LLP

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE — recorded

FOR PLAINTIFF: Adam Fishbein

FOR DEFENDANT: Karl Zamurs

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The parties reach agreement that defendant will voluntarily provide its net worth information, for settlement purposes only, subject to a confidentiality stipulation, by 7/23/10. Therefore, plaintiff's motion to compel is denied as moot.